UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE VACA MARTINEZ,

    Petitioner,

v.

TIM PEREZ, Warden,

    Respondent.

Case No. 13-cv-03399-SI

**JUDGMENT**

The Court has denied the petition for a writ of habeas corpus. Judgment is hereby entered against petitioner and in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 3, 2015

_____
SUSAN ILLSTON
United States District Judge